UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL Z. STERN, individually, and as Parent and Natural Guardian of SASHA STERN, a minor,

                                 Plaintiffs,

-against-

OXFORD HEALTH PLANS, INC.,

                                 Defendant.

------------------------------------------------------------X

CV12-2379 (JFB)(ETB)

**DEFENDANT OXFORD HEALTH INSURANCE, INC.'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1**

DOCUMENT
<u>ELECTRONICALLY FILED</u>

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, Oxford Health Insurance, Inc. s/h/a Oxford Health Plans, Inc. (hereinafter "Oxford"), certifies that UnitedHealth Group Incorporated is its corporate parent which is publicly held and owns 10% or more of its stock.

Dated:    New York, New York
            August 8, 2012

                                          Respectfully submitted,

                                          /s/
                                          MICHAEL H. BERNSTEIN (MB-0579)
                                          Sedgwick LLP
                                          125 Broad Street, 39th Floor
                                          New York, New York 10004-2400
                                          T: (212) 422-0202
                                          F: (212) 422-0925
                                          <u>michael.bernstein@sedgwicklaw.com</u>
                                          *Attorneys for Defendant - Oxford Health Insurance, Inc. s/h/a*
                                            *Oxford Health Plans, Inc.*

TO:
Mark R. Osherow, Esq. (MRO-4718)
Katz, Barron, Squitero Faust
100 N.E. Third Avenue, Suite 280
Ft. Lauderdale, FL 33301-1176
T: (954) 522-3636
F: (954) 522-5119
<u>mro@katzbarron.com</u>
*Attorneys for Plaintiff, Daniel Z. Stern, individually, and as Parent and Natural Guardian of Sasha Stern*

NY/1006893v1

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT OXFORD HEALTH INSURANCE, INC.'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** was served ECF and Regular Mail on August 8, 2012, upon the following:

Mark R. Osherow, Esq. (MRO-4718)
Katz, Barron, Squitero Faust
100 N.E. Third Avenue, Suite 280
Ft. Lauderdale, FL 33301-1176
T: (954) 522-3636
F: (954) 522-5119
mro@katzbarron.com
*Attorneys for Plaintiff, Daniel Z. Stern, individually, and as Parent and Natural Guardian of Sasha Stern*

Dated: New York, New York
August 8, 2012

/s/
_____
MICHAEL H. BERNSTEIN (MB-0579)