BEFORE:  **E. THOMAS BOYLE**
         UNITED STATES MAGISTRATE JUDGE

DATE: SEPTEMBER 28, 2012
TIME: 10:00 A.M.

ASSIGNED JUDGE: **BIANCO**

DOCKET NO. **CV-12-2379** CASE **STERN   V.  OXFORD HEALTH PLANS, INC.**

### CIVIL CONFERENCE   TELEPHONE

Initial_X Status__Discovery__  Settlement __  Final Pre-trial__

Motion :

Automatic Discovery: Has been (_____)    Has Not Been (_____) Completed.

APPEARANCES:    Plaintiff                    Defendant

*Mark Osherow*                *Michael Bernstein*

\* Discovery completed by     *12/15/12*

\*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses.  To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference   _____

Pre-Trial Order filed by   _____

    Plaintiff   _____

    Defendant   _____

*The parties shall initiate the request for dispositive relief by 1/11/13 consistent with Judge Bianco's rules*

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by    _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by    _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/
   interrogatories by _____

*So ordered*

S/ E. THOMAS BOYLE, MJ