UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIEL Z. STERN, individually, and as Parent
and Natural Guardian of SASHA STERN, a minor,

                              Plaintiffs,

                -against-

OXFORD HEALTH PLANS, INC.,

                              Defendant.
------------------------------------------------------------------X

CV12-2379 (JFB)(ETB)

**DEFENDANT OXFORD HEALTH INSURANCE, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

      **PLEASE TAKE NOTICE** that, upon the Declaration of Rodney Lippold dated February 22, 2013 and the exhibits annexed thereto, the Declaration of Maryann Britto dated February 27, 2013 and the exhibit annexed thereto, the Declaration of Crystal B. Irby-Soares dated February 27, 2013 and the exhibit annexed thereto, the Declaration of Michael H. Bernstein dated February 28, 2013 and the exhibits annexed thereto, Defendant's Rule 56.1 Statement of Material Facts dated February 28, 2013, the accompanying Memorandum of Law and upon all prior pleadings and proceedings previously had herein, Defendant, Oxford Health Insurance, Inc., by its attorneys, Sedgwick LLP, will move this Court, on July 11, 2013 at 11:00 a.m., at the United States Courthouse, located at 100 Federal Plaza, Courtroom 920, Central Islip, New York 11722 for an Order pursuant to Rule 56, FED. R. CIV. PROC., granting summary judgment dismissing Plaintiffs' ERISA §502(a)(1)(B); 29 U.S.C. §1132(a)(1)(B) and ERISA §502(a)(3), 29 U.S.C. §1132(a)(3) Complaint with prejudice on the grounds that the decision denying their claim for continuing long term disability (LTD) plan benefits was not arbitrary and capricious and for such other and further relief as this Court may deem just and proper.

NY/1252114v1

Dated: New York, New York
February 28, 2013

Respectfully submitted,

s/Michael H. Bernstein
MICHAEL H. BERNSTEIN (MB 0579)
JOHN T. SEYBERT (JS 5014)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
(Sedgwick File No. 3246-000167)
**Attorneys for Defendant**
*Oxford Health Insurance, Inc. s/h/a/ Oxford Health Plans, Inc.*

TO:
Mark R. Osherow, Esq. (MRO-4718)
mro@katzbarron.com
100 N.E. Third Avenue, Suite 280
Ft. Lauderdale, FL  33301-1176
Telephone: (954) 522-3636
Facsimile:  (954) 522-5119

**Attorneys for Plaintiff**
*Daniel Z. Stern, individually, and as Parent
and Natural Guardian of Sasha Stern, a minor*

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION FOR SUMMARY JUDGMENT** was served via ECF and Regular Mail on this 28th day of February, 2013, upon the following:

Mark R. Osherow, Esq. (MRO-4718)
mro@katzbarron.com
100 N.E. Third Avenue, Suite 280
Ft. Lauderdale, FL  33301-1176
Telephone: (954) 522-3636
Facsimile:  (954) 522-5119

                                      s/ John T. Seybert
                                      JOHN T. SEYBERT (JS-5014)

Dated:   New York, New York
            February 28, 2013